472 A.2d 260

Commonwealth v. Salvadore, Appellant.

Argued October 18, 1983.   Theodore Simon,

for appellant; Christopher J. Serpico, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Order reversed.